# The Ohio Law Abstract

Copyright 1923, by The Law Abstract Co.
Entered as second class matter, February 28, 1923, at the Post Office, Cleveland Ohio, under the Act of March 3, 1879.

CHIEF EDITOR  -  · ·  -  · W. J. TOSSELL
   President   -   -   J. F. Laning
   Vice Pres. & Circulation Mgr. - Sam H. Torrey
   Secretary and Treasurer   -   S. R. Laning

Issued Every Wednesday
50 Weeks of the Year.

Subscriptions may be made to begin at No. 27 or any subsequent number.

### SUBSCRIPTION PRICES and TERMS

Per year (50 issues) ........................... $15.00
Single Numbers ............................... .50
No. 36 (First Semi-Annual Digest Number) separately ..................................... 2.50
No. 50 (Second Semi-Annual Digest Number) separately ..................................... 2.50

Further Notice
Address all communications to:

The Law Abstract Co., 1719 Lakefront Ave.

Address Mail to Box 77
Cleveland, O.

Owing to our desire to put out a fuller paper this week, and the occurrence of Thanksgiving Day, we are compelled to issue The Abstract two days later than usual. But next week we will be on time again.

This week we are supplementing the usual number of Opinions, by a few Supreme Court cases which have not appeared in the advance sheets of the official volumes. Others will follow. We print these so that we can digest the cases in our Semiannual Digest Number, and that our patrons may thus have the use of the cases at the earliest day.

Now is the time for our early subscribers to look over their sets and see if there are any missing numbers. In some instances, probably the failure to send was our fault, and no charge will be made for them. If, for instance, your subscription began in April, and you have no numbers previous to the April number, those for the previous months will cost you the pro rata price per issue, thirty cents. We will fill your set, and date your subscription back to No. 1, in case you prefer that plan. But whatever you do, don't put it off, as the time will come when back numbers will not be obtainable, and at no distant day.

If any of our subscribers included in their order the back numbers, and we have not sent them, we want to be notified, so that we can mail them. We may have missed someone, and our records not disclose it. Please prompt us without delay, as the supply is fast running out.

# SUPREME COURT PROCEEDINGS

## GENERAL DOCKET
### Tuesday, November, 20, 1923

18077—Annette Bramson v. Flyod Bogrand; error to the Court of Appeals of Cuyahoga county. Dismissed for the reason no debatable constitutional question involved. Marshall C. J., Wanamaker, Robinson, Jones, Mathias, Day and Allen, JJ., concur.

18156—The State, ex rel. Frank L. Ryan et al. v. R. L. Patton, as President of the Board of Education of Burlington Township, Licking County; in Mandamus. Demurrer to petition overruled. Marshall, C. J., Wanamaker, Jones, Matthias, Day and Allen, JJ., concur.

## MOTION DOCKET

17974—Ellis M. Black v. Lura W. Black. Motion by plaintiff to reinstate case on docket and for hearing on the merits. Sustained.

18050—Sheryl Simons v. William E. Hartshorn. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Overruled.

18076—The Western Mfg. Co. v. Edson M. Baumgardner et al. Motion for an order directing the Court of Appeals of Lucas County to certify its record. Overruled.

18077—Annette Bramson v. Floyd H. Bogrand. Motion by defendant to dismiss petition in error filed as of right. Sustained.

18092—Sherman M. Floyd, Auditor, et al v. The Manufacturers Light & Heat Co. Motion for an order directing the Court of Appeals of Jefferson county to certify its record. Sustained.

18112—Olevia May Judy et al. v. James Trollinger et al. Motion for an order directing the Court of Appeals of Greene county to certify its record. Sustained.

18112—Olevia May Judy et al. v. James Trollinger et al. Motion by defendant to dismiss petition in error. Overruled.

18113—City of Marion v. Earl J. Lee et al. Motion for an order directing the Court of Appeals of Marion county to certify its record. Overruled.

The Pennsylvania R. R. Co. v. Milo Hale and H. C. Thatcher. Motion for an order directing the Court of Appeals of Clinton county to certify its record. Overruled.

18120—Hary G. Frederickson v. Nicholas C. Nye et al. Motion for an order directing the Court of Appeals of Hancock county to certify its record. Sustained.

18125—David B. Carpenter v. Ruth Smith and the Industrial Commission of Ohio. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled.